# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) --- Short Form |
| v. | CASE NUMBER: 06-MJ-00128-DLW |
| | PRO SE<br>(Defendant's Attorney) |
| MAUNO BENALLIE | |
| | JAMES CANDELARIA<br>(Assistant United States Attorney) |

**THE DEFENDANT:** Pleaded guilty to count(s) Violations Nos. P0428453/9 and P0428454/9.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.35 (b)(2) | Possession of Controlled Substance (Marijuana) | May 20, 2006 | 1 |
| 36 C.F.R. 4.14(b) | Open Container of Alcoholic Beverage Within a Motor Vehicle | May 20, 2006 | 2 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB Processing Fee | Fine |
|---|---|---|---|
| **Totals:** | $20.00 | $50.00 | $150.00 |

June 6, 2006
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 6, 2006
Date